# In The United States Court of Federal Claims

No.  10-731T

(Filed:  February 17, 2011)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Tuesday, March 15, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge