# In The United States Court of Federal Claims

No. 10-731T

(Filed: March 15, 2011)
_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On March 15, 2010, a preliminary status conference was held in this case. Participating in the conference were Michael P. Marsalese, for plaintiff and Gregory S. Knapp, for defendant. Based on discussions during the conference, the court adopts the following schedule:

1. On or before November 10, 2011, the parties shall complete fact discovery; and

2. On or before November 21, 2011, the parties shall file a joint status report indicating how this case shall proceed.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge