# In The United States Court of Federal Claims

No. 10-731T

(Filed: November 22, 2011)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 18, 2011, the parties filed a joint status report with a proposed briefing schedule for summary judgment. Accordingly, the court hereby adopts the following schedule:

1. On or before January 27, 2012, defendant shall file its motion for summary judgment;

2. On or before March 9, 2012, plaintiffs shall file their response to defendant's motion for summary judgment and their cross-motion for summary judgment;

3. On or before April 20, 2012, defendant shall file its reply in support of its motion and its response to plaintiffs' cross-motion;

4. On or before May 11, 2012, plaintiffs shall file their reply in support of their cross-motion.

**IT IS SO ORDERED.**

                                                                       s/ Francis M. Allegra
                                                                       Francis M. Allegra
                                                                        Judge