# In The United States Court of Federal Claims

No. 10-731T

(Filed: March 13, 2011)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 9, 2012, plaintiffs filed four documents: their opposition to defendant's motion for summary judgment and cross motion for summary judgment; their proposed findings of uncontroverted fact; and their brief in support of their opposition to defendant's motion and their cross motion, split across two documents. The opposition to defendant's motion and the brief, which were filed as docket entries 17, 19, and 20, are hereby **STRICKEN**, as they do not comply with the requirements of RCFC appendix E, ¶ 9(b). On or before March 15, 2012, plaintiffs shall refile their opposition so as to minimize the total number of documents.

    **IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge