# In The United States Court of Federal Claims

No. 10-731T

(Filed: August 24, 2012)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic oral argument on the parties' cross motion for summary judgment will be held in this case on Thursday, October 25, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled oral argument time.

      **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge