# In The United States Court of Federal Claims

No. 10-731T

(Filed: April 3, 2013)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will held in this case on Tuesday, April 16, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**


                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge