# In The United States Court of Federal Claims

No. 10-731T

(Filed: April 16, 2013)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      This case is hereby referred to Alternative Dispute Resolution (ADR). The Clerk is directed to assign this matter to an ADR judge.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                 Judge