# In The United States Court of Federal Claims

No. 10-731T

(Filed: April 16, 2013)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Michael P. Marsalese, for plaintiff, and Gregory S. Knapp, for defendant. As discussed during the conference:

1. Proceedings in this case are hereby **STAYED** until further notice; and

2. On or before July 12, 2013, the parties shall file a joint status report regarding the progress of their efforts to resolve this case through Alternative Dispute Resolution.

**IT IS SO ORDERED.**

                                                                  s/ Francis M. Allegra
                                                                  Francis M. Allegra
                                                                  Judge