# In The United States Court of Federal Claims

No. 10-731T

(Filed: July 12, 2013)

_____

ROBERT F. GOELLER and
JEANETTE M. GOELLER,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On April 16, 2013, the court stayed this case and ordered the parties to file a joint status report regarding the progress of their efforts to resolve this case through Alternative Dispute Resolution (ADR). The parties filed that report and requested that the court continue the stay of proceedings in this case. Accordingly, on or before September 13, 2013, and every 63 days thereafter, the parties shall file a joint status report indicating the progress of their efforts to resolve this case through ADR.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge